# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Jerky Snack Brands, Inc., a Michigan corporation, | Civil No. 09-1853 (RHK/FLN) |
| Plaintiff, | **ORDER** |
| v. | |
| Jay Earl Link, an individual, | |
| Defendant. | |

This matter came before the Court on September 22, 2009, pursuant to the Joint Stipulation Regarding Stay of Proceedings submitted by Plaintiff Jerky Snack Brands, Inc. ("Jerky Snack Brands") and Defendant Jay Earl Link ("Link") (Doc. No. 23). Based upon said Joint Stipulation and all files, records, and proceedings herein,

**IT IS HEREBY ORDERED THAT**:

1. This lawsuit will be stayed for 90 days from the entry of this Order (the "Stay").

2. After the 90 days has expired, the Stay is subject to extension upon agreement of Jerky Snack Brands and Link, but only with the Court's approval.

3. The Stay shall apply to all aspects of this lawsuit, the October 6, 2009 hearing on the pending Motion, all discovery, and any purported obligation that Jerky Snack Brands may have to indemnify Link and/or advance his expenses/costs of defense.

4. The October 6, 2009 hearing date for Link's Motion to Dismiss or to Compel Arbitration is **STRICKEN**.

Dated: September 25, 2009

                                                s/Richard H. Kyle
                                                RICHARD H. KYLE
                                                United States District Judge