# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

___

| | |
|---|---|
| Jerky Snack Brands, Inc., a Michigan corporation, | Civil No. 09-1853 (RHK/FLN) |
| Plaintiff, | **ORDER** |
| vs. | |
| Jay Earl Link, an individual, | |
| Defendant. | |

___

Pursuant to the parties' Stipulation (Doc. No. 34), **IT IS ORDERED** that this matter is **DISMISSED WITHOUT PREJUDICE**.

Dated: February 3, 2010

                                                              s/Richard H. Kyle  
                                                              RICHARD H. KYLE  
                                                              United States District Judge